# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff/Respondent, | §<br>§<br>§ | |
| V. | § | CR. No. C-01-135 |
| | § | C.A. No. C-06-386 |
| CHARLES ANTHONY FANTOZZI,<br>　　Defendant/Movant. | §<br>§ | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Charles Anthony Fantozzi's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 23rd day of February, 2007.

_____
Janis Graham Jack
United States District Judge